

**STEIN | SAKS, PLLC**

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
MARK ROZENBERG ■
KENNETH WILLARD▲■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

May 25, 2023

**MEMO ENDORSED**

**Via CM/ECF**
The Honorable Edgardo Ramos
United States District Court
Southern District of New York

RE:   *Velazquez v. MNS, LTD.*
      Case No.: 1:22-cv-09167-ER

Dear Judge Ramos:

> The request for an extension of time for the parties to file an application to reopen this matter is granted. The parties shall have until Monday, June 26, 2023, to do so. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: May 25, 2023
> New York, New York

We represent the Plaintiff in the above-referenced matter. We write jointly with Defendant's counsel to respectfully request a 32- day extension of time for the parties to file any application to reopen this matter. The new due date would be Monday, June 26, 2023. The requested extension will afford the parties an opportunity to finalize our settlement papers, a process that is well under way.

This is the first such request in this matter.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

/s/ Mark Rozenberg
By:  Mark Rozenberg, Esq.